

**EPSTEIN DRANGEL LLP**

60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

September 26, 2025

**Time to respond to complaint extended to October 23, 2025. Initial conference adjourned from October 24, 2025 to November 6, 2025 at 11:30 a.m.  Call-In: 855-244-8681; Access Code: 2305 810 3970#.
SO ORDERED.
Dated:  9/26/2025**

*[Signature]*
P. Kevin Castel
United States District Judge

**VIA ECF ONLY**
Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

Re:   *BTL Industries, Inc. v. BeRejuved Inc. et al*, Civil Action No. 25-cv-06916-PKC
       Letter Motion Requesting Extension of Time for Defendants to Answer
       Complaint and Adjournment of Initial Pretrial Conference

Dear Judge Castel,

Our firm has just been retained to represent Defendants BeRejuved Inc., Jane Sodol, and Lev Zak (collectively, "Defendants") in the above-captioned case, and we are writing, pursuant to Your Honor's Individual Rule 1(C) to request an extension of Defendants' time to answer Plaintiff BTL Industries, Inc.'s ("Plaintiff") Complaint (*Dkt. 1*), and an adjournment of the Initial Pretrial Conference until at least 14 days after Defendants' answer is due.

On September 22, 2025, Plaintiff filed Affidavits of Service, which indicate that BeRejuved Inc. was served, via service on the Office of the Secretary of State of the State of New York, on September 4, 2025, and Ms. Sodol and Mr. Zak were each served, via service on the doorman of an apartment building, which was effective via a mailing on August 29, 2025. *Dkt. No. 12*. Based on such Affidavits of Service, the deadline for BeRejuved Inc.'s response to Plaintiff's Complaint was yesterday, September 25, 2025, and the deadline for Ms. Sodol and Mr. Zak's responses was September 19, 2025. Despite what is stated on the foregoing Affidavits of Service, Defendants only recently received actual notice of this action, and just retained the undersigned as counsel. Accordingly, in order to permit time for Defendants' counsel to get up to speed, and the parties time to discuss this matter, and any potential out of court resolution, Defendants respectfully request a singular coordinated response deadline of October 23, 2025, which amounts to a 28-day extension for BeRejuved Inc., and a 34-day extension for Ms. Sodol and Mr. Zak.

Per Your Honor's Initial Pretrial Conference Order (*Dkt. No. 11*), an Initial Pretrial Conference is scheduled for October 24, 2025 at 11:30 AM. Per Your Honor's Individual Rule 1(C)(vii), Defendants are hereby requesting that the Initial Pretrial Conference be adjourned to a date that is at least 14 days after Defendants' requested response deadline—until November 6, 2025, or sometime thereafter that best suits the Court.

    This is the first request for any extension or adjournment, and Plaintiff consents to the requests set forth herein. Given that a schedule has not yet been set, no other deadlines will be impacted by the extension and adjournment sought by Defendants.

    We thank the Court for its time and consideration.

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: S/ *Kerry B. Brownlee*
Kerry B. Brownlee
kbrownlee@ipcounselors.com
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Defendants*
